IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

JOHN J. McCARTHY,                    :
                                     :
            Plaintiff                :
                                     :          CIVIL NO. 1:CV-17-0397
      vs.                            :
                                     :            (Judge Caldwell)
WARDEN EBBERT, *et al.*,             :
                                     :
            Defendants               :

*O R D E R*

And now, this 23rd day of May, 2017, upon consideration of the foregoing

memorandum, it is ordered that:

      1.  McCarthy's Motion to proceed *in forma pauperis* (ECF
No. 8) is denied without prejudice.

      2.  The Clerk of Court shall furnish McCarthy with a blank
copy of this Court's current standard prisoner *in forma pauperis*
form.

      3.  If McCarthy seeks to proceed with this case *in forma
pauperis,* he shall complete the form and return it to the Clerk of
Courts within fourteen (14) days of the date of this Order.

      4.  If McCarthy does not seek to proceed *in forma pauperis* in
this matter he must forward to the Clerk of Court the entire $400
filing fee.

      5.  If McCarthy fails to either submit a properly completed
prison *in forma pauperis* form or the filing fee within fourteen
(14) days, this action will be dismissed without prejudice.

/s/ William W. Caldwell
William W. Caldwell
United States District Judge